1128

No. 96–7114.   GARNER v. PENNINGTON ET AL.   C. A. 5th Cir. Certiorari denied.

No. 96–7115.   SPIVEY v. LEWIS, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 96–7116.   PUSL v. PUSL.   Ct. App. Ohio, Lake County. Certiorari denied.

No. 96–7117.   CUPIDON v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 4th Cir.   Certiorari denied.

No. 96–7118.   BERNYS v. WING ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 96–7120.   PICONE v. TEXAS.   Ct. App. Tex., 1st Dist.   Certiorari denied.

No. 96–7121.   RUSHING v. VIRGINIA ET AL.   C. A. 4th Cir. Certiorari denied.

No. 96–7124.   TOWERY v. ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 96–7125.   TORRES v. MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 96–7126.   WILLIAMS-DAVIS ET AL. v. UNITED STATES. C. A. D. C. Cir.   Certiorari denied.

No. 96–7129.   WHEELER v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 96–7130.   ZAYID v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 96–7132.   ALEMAN v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–7133.   BOONE v. TOMPKINS ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 96–7137.   SOLANO CAMACHO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.